# VICTOR KNAPP, ESQ.
Attorney at Law
125-10 Queens Boulevard
Suite 323
Kew Gardens, New York 11415
Telephone: 718-263-9000 Fax: 718-793-6975
VK989@victorknapp.com

**MEMO ENDORSED**

Honorable Colleen McMahon
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, N.Y. 10007-1312

April 3, 2023

VIA ECF

Re: United States vs. Jenny Fernandez Nataren, etal 20-cr-659

Dear Judge MacMahon,

A pre-trial conference has been scheduled before Your Honor for April 10th, 2023. The Government and defense counsel have been in discussions regarding the disclosure (obtaining) of certain confidential materials that are relevant toward mitigation in connection with her alleged involvement therein as well as a resolution of this matter.

In view of the foregoing, the defense is requesting that the upcoming conference be adjourned to the latter part of May, 2023. The Government has indicated that it has no objection to my request provided that speedy trial time is excluded for the time period of the adjournment which the defense agrees to.

Thank you for your time and consideration herein.

Very Truly Yours,

Victor Knapp

*[Handwritten endorsement:]* 4/4/23 Case Adjourned to May 9, 2023 at 2:15 p.m. Time Excluded through May 9, in the interest of justice, to facilitate plea discussions. *[signed]*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/23