UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

        -v-                            20 CR 659 (CM)

JENNY FERNANDEZ NATAREN,

        Defendant.

ORDER ACCEPTING THE PLEA ALLOCUTION BEFORE
A U.S. MAGISTRATE JUDGE

McMahon, J.:

      On June 13, 2023, United States Magistrate Judge Jennifer E. Willis, presided over the plea allocution in the above captioned matter and reported and recommended that the named defendant's plea of guilty be accepted.   The Court having reviewed the transcript of the allocution, the charging papers, and all other pertinent parts of the record, finds that the plea accords with the requirements of Rule 11 of the Federal Rules of Criminal Procedure.   Accordingly, the Court adjudges defendant guilty of the offense(s) to which the guilty plea was offered.   The Clerk is directed to enter the plea.

June 15, 2023
New York, NY

_____
United States District Court Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/23